COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00294-CR 

 


 
 
 Miranda Louise McPherson
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 tHE STATE OF TEXAS
 
 
  
 
 
 STATE
 
 
 


 

------------

 

FROM THE
432ND DISTRICT
Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

          We have considered appellant’s AWithdrawal
Of Notice Of Appeal Pursuant To Texas Rule Of Appellate Procedure 42.2(a).@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                            PER CURIAM

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED:  September 9, 2010 











[1]See Tex. R. App. P. 47.4.